# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Kara Spitler  
Probation Officer: Caryl Ricca

Date: May 1, 2009

Criminal Action No.: 08-cr-00150-JLK

*Parties:*

*Counsel:*

UNITED STATES OF AMERICA,

David M. Conner

    Plaintiff,

v.

JUMEEK JERALD JONES,

Paula M. Ray

    Defendant.

## SENTENCING MINUTES

**10:08 a.m.**    **Court in session.**

Court calls case. Defendant present in custody. Counsel present.

**Change of Plea Hearing: February 5, 2009**.

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

Discussion regarding addendum to the presentence report and its corrections.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDERED:**   Government's Motion Regarding Acceptance of Responsibility (Filed 4/28/09; Doc. No. 35) is GRANTED.

*08-cr-00150-JLK*
*Sentencing*
*May 1, 2009*

**ORDERED:** Motion For Sentencing Reduction Pursuant To §5K1.1 Of The Sentencing Guidelines And 18 U.S.C. §3553(e) [Filed 4/28/09; Doc. No. 34] is GRANTED.

Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of **120 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X) Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer
- (X) Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall pay the cost of the treatment as directed by the probation officer.
- (X) The Probation Officer is authorized to release to the treatment agency all

*08-cr-00150-JLK*
*Sentencing*
*May 1, 2009*

          psychological reports and/or presentence reports for continuity of treatment.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

The Court will recommend that the Defendant is designated to the Bureau of Prisons in Florence, Colorado.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:28 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 20 minutes